FILED
U.S. DISTRICT COURT
DISTRICT OF VT
03/16/2022

5:22-mc-33

# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

### IN RE:  ORDER REVISING COVID-19 RESTRICTIONS IN PUBLIC AREAS OF FEDERAL BUILDINGS AND COURTHOUSES

### GENERAL ORDER NO. 107

This Order vacates General Order No. 101 issued on August 4, 2021.

Effective March 14, 2022, the State of Vermont adopted new guidance declaring mask-wearing as optional for the general public (except in health care and public transit settings).  Consistent with the court's approach throughout the pandemic of following the State of Vermont guidance, the court and the district's Facility Security Committees have voted to adopt a district-wide policy that is consistent with the State of Vermont's recent recommendations.  Accordingly, **IT IS HEREBY ORDERED** that within Vermont's federal courthouses:

1. Masking and social distancing are no longer required in common or public areas of the buildings for vaccinated individuals.  Unvaccinated individuals must remain masked in all public areas of the courthouse and courtrooms;

2. Masking and social distancing are no longer required in the courtrooms, with the following exceptions:

   a. For all criminal hearings involving incarcerated defendants, masks will still be required.  For the present, video appearance by criminal defendants remains an option;

   b. Grand jury proceedings.  Masking will still be required for all participants in grand jury proceedings

3. For jury trials, the presiding judge will make a ruling about the mask requirement for the parties and others attending the trial.  The judge will make this decision before the trial as part of a broader discussion about trial preparations and safety precautions with counsel for all parties and other participants;

4. This order applies only to the common or public areas of the buildings, including courtrooms; and

5. Each individual agency will determine the requirements for their own internal agency workspace.

This order shall be effective immediately and will remain in effect until amended or vacated.

Dated at Burlington, in the District of Vermont, this 16th day of March, 2022.

_____
Hon. Geoffrey W. Crawford
Chief Judge